CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

9/11/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SUE S.E.,<br>        *Plaintiff,*<br>v.<br>Commissioner of Social Security,<br>        *Defendant.* | CASE NO. 6:17-cv-00046<br><br>**O R D E R** |

  Before the Court are cross Motions for Summary Judgment (dkts. 12 & 14), and the Report & Recommendation of U.S. Magistrate Judge Robert S. Ballou (dkt. 16, "R&R"). Under Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for a recommended disposition. The Court partially granted Plaintiff's motion for an extension of time to file objections, and ordered that any objections be filed by September 10, 2018. After review of the record, and no objections having been filed to the R&R by the extended deadline, I will adopt the R&R. Accordingly:

  1. The R&R of August 15, 2018, is hereby **ADOPTED** in its entirety;

  2. Plaintiff's Motion for Summary Judgment (dkt. 12) is hereby **DENIED**;

  3. Defendant's Motion for Summary Judgment (dkt. 14) is hereby **GRANTED**;

  4. The Commissioner's final decision is hereby **AFFIRMED**;

  5. This case is stricken from the active docket, and the Clerk is directed to send a copy of this Order to counsel.

  Entered this __11th__ day of September, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE